# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| RBH ENERGY, LLC, | § | Case No.: _____ |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| GHS PARTNERS IN HEALTH, INC. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## ORIGINAL COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff RBH Energy, LLC ("RBH"), by counsel, alleges as follows for its Original Complaint for Copyright Infringement against Defendant GHS Partners in Health, Inc. ("GHS"), and requests relief from this Court based on the following:

## THE PARTIES

1. Plaintiff RBH is a Texas limited liability company with its principal place of business located at 112 N. Bailey Ave. #B, Fort Worth, TX 76107.

2. GHS is a South Carolina non-profit company with its principal place of business located at 701 Grove Road, Greenville, South Carolina 29605-4210. It may be served through its registered agent for service of process, Joseph J. Blake, Jr. who is also located at 701 Grove Road, Greenville, South Carolina 29605-4210.

## JURISDICTION AND VENUE

3. This is a suit for copyright infringement under the United States Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

4. This Court has jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(2) and 1400(a).

## BACKGROUND

6. RBH realleges paragraphs 1 through 5 as if fully set forth herein.

7. RBH is the owner of U.S. Copyright No. VAu 1-023-157 ("Copyright") titled Brian Harness Photography Collection 2010 Vol. I.  A true and correct copy of the copyright is attached hereto as Exhibit A.

8. The named artist of the Copyright is Brian Harness ("Harness").  *See id*.

9. On September 10, 2015, Harness assigned the Copyright to RBH.  A true and correct copy of the assignment is attached hereto as Exhibit B at ¶ 5.

10. Harness, a professional photographer, is the sole member of RBH.

11. In early 2010, Harness licensed a photograph of the interior of a Caris Life Science facility to Texas-based construction firm Scott + Reid.  A copy of this photograph, which was filed as part of the Copyright, is depicted below:



12.     Defendant GHS, without permission from Harness or RBH, misappropriated this photograph and included the copyrighted photograph on its website: http://www.itor-ghs.org/private-sector-innovation-relationships.php.  A true and correct copy of a screenshot of this web page is attached hereto as Exhibit C.



13.     The photograph, noted above, remained on GHS's website until sometime after July 16, 2013.

14. Because GHS had no permission to use the protected photograph, GHS is liable for direct copyright infringement.

## COUNT 1 – COPYRIGHT INFRINGEMENT

15. RBH realleges paragraphs 1 through 14 as if set fully herein.

16. RBH alleges GHS is liable for direct copyright infringement pursuant to 17 U.S.C. 501(a).

17. RBH has been damaged by GHS's actions.

## DEMAND FOR JURY TRIAL

Pursuant to FED. R. CIV. P. 38 and the 7th amendment of the U.S. Constitution, a trial by jury is hereby demanded.

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff RBH Energy, LLC demands that:

a. Defendant GHS Partners in Health, Inc. be enjoined from reproducing, administering, displaying, or publishing RBH's copyrighted works;

b. Defendant GHS Partners in Health, Inc. be ordered to pay statutory damages pursuant to 17 U.S.C. § 504;

c. Defendant GHS Partners in Health, Inc. pay RBH's reasonable attorney's fees and costs of this action, pursuant to 17 U.S.C. § 505;

d. Defendant GHS Partners in Health, Inc. pay pre-judgment and post-judgment interest on any damages awarded; and

e. The Court award Plaintiff all other relief it deems justified.

Further, Plaintiff RBH Energy, LLC also reserves all of its rights to elect alternative remedies, including election of actual damages, as permitted by law.

Dated: July 13, 2016

        Respectfully submitted,

        */s/ Glenn E. Janik*

        _____
        Glenn E. Janik, Lead Attorney
        State Bar No. 24036837
        Rajkumar Vinnakota
        State Bar No. 24042337
        **JANIK VINNAKOTA LLP**
        Gateway Tower
        8111 LBJ Freeway, Suite 790
        Dallas, TX 75251
        Tel.: 214.390.9999
        Fax: 214.586.0680
        gjanik@jvllp.com
        kvinnakota@jvllp.com

        **ATTORNEYS FOR PLAINTIFF**
        **RBH ENERGY, LLC**